PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

__WESTERN DISTRICT OF TEXAS__

FILED
JUL 11 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
     DEPUTY CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Ralph Douglas Vurgich                    Case Number: SA-02-CR-255-(1)-OG

Name of Sentencing Judicial Officer:   Honorable Orlando L. Garcia, United States District Judge

Date of Original Sentence:  October 9, 2003

Original Offense: Use of an interstate facility to induce a minor to engage in a sexual act, in violation of 18 U.S.C. § 2422(b)

Original Sentence: 57 months imprisonment; 3 years supervised release; $100.00 special assessment;

sex offender treatment & sex offender conditions

Type of Supervision:  Supervised Release           Date Supervision Commenced:  November 7, 2006

## PETITIONING THE COURT

☐ To extend the term of supervision _____ years, for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

"The defendant shall not associate with any child or children under the age of 18 except in the presence and supervision of an adult specifically designated in writing by the probation officer. The probation office will notify the designated adult of risks occasioned by the defendant's criminal record or personal history or characteristics. The defendant shall permit the probation officer to make such notifications".

## CAUSE

On June 28, 2007, Mr. Vurgich informed me Mrs. Papa and her 15 month old child arrived at his home unannounced. He was instructed to not have contact with any minor and said he told her he could not be around children. Mr. Vurgich was verbally reprimanded and told he cannot have any association/contact with a minor under the age of 18.

Therefore, the United States Probation Office respectfully recommends Mr. Vurgich's conditions be modified to include an additional sex offender condition listed above. At the time of sentencing, the condition of not having any contact with a minor under the age of 18 except in the presence and supervision of an adult specifically designated in writing by the U.S. Probation Officer was not included.

On July 3, 2007, Mr. Vurgich signed Probation Form 49, waiving his right to a hearing before the Court and assistance of counsel.

Assistant U.S. Attorney, Michael Hardy, concurs

Approved:

P. Linda Georges
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 313

rm

cc: Michael Hardy
Assistant U.S. Attorney

Victor Casillas
Assistant Deputy Chief Probation Officer

Respectfully submitted,

Robert Morales
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 379
Date: July 9, 2007

THE COURT ORDERS:

☐ No action.
☐ The extension of supervision as noted above.
☐ The modification of conditions as noted above.
☐ Other

Orlando L. Garcia
U.S. District Judge
7-10-07
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## Western District of Texas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Terms of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The defendant shall not associate with any child or children under the age of 18 except in the presence and supervision of an adult specifically designated in writing by the probation officer. The probation office will notify the designated adult of risks occasioned by the defendant's criminal record or personal history or characteristics. The defendant shall permit the probation officer to make such notifications".

Witness: _____  Signed: _____
Robert Morales                                   Ralph Douglas Vurgich
U.S. Probation Officer

_____7-3-07_____
Date

rm