UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
SEP 1 5 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   Case No. SA-02-CR-255-OG |
| RALPH DOUGLAS VURGICH, | * |
| Defendant. | * |

ORDER REVOKING SUPERVISED RELEASE
AND RESENTENCING THE DEFENDANT

On this day came on to be considered the United States' motion to revoke the Defendant's supervised release. After due hearing, including consideration of all statutorily-required factors and revocation policy statements, the Court finds that the Defendant has violated conditions of his supervised release as alleged by the United States, and that the ends of justice and the best interests of the public will not be served by continuing the Defendant on supervised release. Accordingly,

The Court ORDERS that:

1. The United States' motion to revoke supervised release is granted, and the Defendant's supervised release is revoked under 18 U.S.C. § 3583(e)(3).

2. The Defendant is remanded to the custody of the United States Bureau of Prisons (BOP) for TWENTY-FOUR (24) MONTHS of imprisonment in a jail-type facility and not a halfway house or like facility; without credit for time previously served on postrelease supervision (including time spent in home confinement); and consecutive to any other sentence or revocation, state or federal, imposed ~~or to be imposed upon him.~~

The Court recommends that BOP extend the Defendant: (1) the opportunity to participate in

its sex-offender, vocational, and other programming; (2) *no* prerelease custody under 18 U.S.C. § 3624(c) because of (a) importance placed on the Defendant's receipt of BOP sex-offender, vocational, and other programming while confined and in the limited time available and (b) the need for public protection; and (3) such jail-time credit as he is due, commencing with his most recent supervision-violator arrest of on or about July 10, 2008.

3. Any monetary sanctions imposed in this case that remain unpaid are reimposed, and such sanctions are due and payable immediately.

SO ORDERED on ~~August~~ September 15, 2008.

_____
ORLANDO L. GARCIA
United States District Judge